**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Julian LOPEZ–LICON, aka Julian Lopez Lincon, Juan Garcia, Julian Ochoa–Lopez, Defendant—Appellant.**

**No. 02–10544.**

**D.C. No. CR–02–00574–EHC.**

United States Court of Appeals, Ninth Circuit.

---

\* Michael Knowles is substituted for his predecessor, Gail Lewis, as Deputy Warden. Fed. R.App. P. 43(c)(2).

1. 28 U.S.C. § 2244(d)(1)(D).

2. *Hasan v. Galaza,* 254 F.3d 1150, 1154 (9th Cir.2001) (emphasis in original).

3. 28 U.S.C. § 2244(d)(1).

Submitted Sept. 12, 2003.*

Decided Oct. 1, 2003.

Before KLEINFELD, WARDLAW, and W. FLETCHER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Julian Lopez–Licon appeals the denial of his Motion to Dismiss the indictment for attempted reentry under 8 U.S.C. § 1326(a). We affirm.

Sneaking under the fence, walking north two or three blocks, and hiding behind a bush from the Border Patrol sufficed for an "attempted reentry" conviction, even if continual surveillance amounting to official restraint might have prevented an "entering" or "being found in" conviction. *United States v. Leos–Maldonado,* 302 F.3d 1061, 1063 (9th Cir.2002), controls.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.